UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 06186
    JUDY SCOTLAND
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-7113
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 04/05/07 .

   2.  The case was dismissed without confirmation, 07/20/2007.

   3.  The Debtor paid a total of $   2382.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANGOLD | UNSECURED | NOT FILED | .00 | .00 |
| GLENDA GRAY | UNSECURED | NOT FILED | .00 | .00 |
| HOLLOWAY CREDIT SOLUTION | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MCI TELECOMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NIKO CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
------------------------------------------------------------------------
            SECURED      PRIORITY    UNSECURED      OTHER        TOTAL

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED               .00          .00          .00          .00          .00
PRINCIPAL PAID                   .00          .00          .00          .00          .00
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                       .00          .00          .00          .00          .00
```
The Debtor's attorney, NELLA E MARIANI                , was allowed $   2500.00
and was paid $    1933.39 .

The Trustee received $       51.61 .

Refunds to the Debtor totaled $     397.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/09/07                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE